IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWENA VAUGHAN,<br><br>                    Plaintiff,<br><br>     v.<br><br>STATE FARM FIRE AND CASUALTY CO.,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 14-1684 |

# ORDER

**AND NOW**, this 3rd day of December 2014, upon consideration of Defendant's Motion to Dismiss Count III of the Complaint (Doc. No. 3), Plaintiff's Response in Opposition (Doc. No. 5), arguments of the parties at the September 18, 2014 hearing, Defendant's Supplemental Brief in Support of the Motion to Dismiss (Doc. No. 25), Plaintiff's Supplemental Brief in Opposition to the Motion to Dismiss (Doc. No. 26), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion to Dismiss Count III of the Complaint (Doc. No. 3) is **GRANTED**. Count III of Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**.

2. Defendant shall file an Answer to the remaining claims in the Complaint within twenty days from the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.